IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICK HARRISON, JOHN BUCKLEY III, MARGARET LOPEZ, ANDY LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR., SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE, AND TRACEY SMITH, as Personal Representative of the Estate of Rubin Smith,<br><br>      Plaintiffs/Judgment Creditors,<br><br>v.<br><br>THE REPUBLIC OF SUDAN,<br><br>      Defendant/Judgment Debtor. | Case No. 13 Civ. 3127 (AT) |

**[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF ORDER FINDING SUFFICIENT TIME HAS PASSED TO SEEK ATTACHMENT AND EXECUTION AND AUTHORIZING ATTACHMENT OF DEFENDANTS/JUDGMENT-DEBTORS' ASSETS WITHIN THIS JURISDICTION PURSUANT TO 28 U.S.C. § 1610(c)**

AND NOW, this _____ day of _____, 2013, upon Plaintiffs' Motion for Entry of Order Finding Sufficient Time has Passed to Seek Attachment and Execution and Authorizing Attachment of Defendants/Judgment-Debtors' Assets Within This Jurisdiction Pursuant to 28 U.S.C. § 1610(c) (the "Motion"), the Motion is GRANTED. The Court hereby concludes that, under 28 U.S.C. § 1610(c), all conditions precedent to the Plaintiffs' request to attach and execute against blocked assets of the Defendant/Judgment Debtor, Republic of Sudan, have been met, including providing proper notification of the default judgment to the Defendant/Judgment Debtor, pursuant to 28 U.S.C. § 1608(e), and that, for the purposes of attachment and execution, a reasonable period of time has elapsed following the entry of

judgment and the giving of notice to the Defendant/Judgment Debtor. The Plaintiffs are hereby authorized to seek attachment of frozen assets located within this jurisdiction using post-judgment enforcement procedures.

BY THE COURT:

_____
United States District Judge