UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICK HARRISON, et al.,**

    Plaintiffs,

    v.

**REPUBLIC OF SUDAN,**

    Defendant.

Civil Action 10-1689 (RCL)

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this day, it is hereby

    **ORDERED** that final judgment is entered in favor of plaintiffs and against defendant;

    **ORDERED** that plaintiffs are awarded $78,676,474 in compensatory damages and $236,029,422 in punitive damages, for a total award of $314,705,896 to be distributed as follows:

|  | Economic | Pain and Suffering | Solatium | Punitive | Total |
| --- | --- | --- | --- | --- | --- |
| Aaron Toney | 196,040 | 1,500,000 | 0 | 5,088,120 | 6,784,160 |
| Carl Wingate | 198,365 | 5,000,000 | 0 | 15,595,095 | 20,793,460 |
| David Morales | 248,108 | 2,000,000 | 0 | 6,744,324 | 8,992,432 |
| Edward Love | 279,613 | 2,000,000 | 0 | 6,838,839 | 9,118,452 |
| Eric Williams | 553,253 | 3,000,000 | 0 | 10,659,759 | 14,213,012 |
| Gina Morris | 562,577 | 1,500,000 | 0 | 6,187,731 | 8,250,308 |
| Jeremy Stewart | 515,627 | 7,500,000 | 0 | 24,046,881 | 32,062,508 |
| Kesha Stidham | 873,104 | 5,000,000 | 0 | 17,619,312 | 23,492,416 |
| Margaret Lopez | 52,594 | 7,500,000 | 0 | 22,657,782 | 30,210,376 |
| Martin Songer | 509,174 | 2,000,000 | 0 | 7,527,522 | 10,036,696 |
| Rick Harrison | 286,083 | 5,000,000 | 0 | 15,858,249 | 21,144,332 |
| Robert McTureous | 901,936 | 5,000,000 | 0 | 17,705,808 | 23,607,744 |
| John Buckley III | 0 | 7,500,000 | 0 | 22,500,000 | 30,000,000 |
| Keith Lorenson | 0 | 5,000,000 | 0 | 15,000,000 | 20,000,000 |
| Rubin Smith | 0 | 5,000,000 | 0 | 15,000,000 | 20,000,000 |
| Shelly Songer | 0 | 0 | 1,000,000 | 3,000,000 | 4,000,000 |
| Lisa Lorenson | 0 | 0 | 4,000,000 | 12,000,000 | 16,000,000 |
| Andy Lopez | 0 | 0 | 4,000,000 | 12,000,000 | 16,000,000 |

and it is further

      **ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

**SO ORDERED**.

      Signed by Royce C. Lamberth, Chief Judge, on March 30, 2012.