CLOSED,TYPE-B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:10-cv-01689-RCL

HARRISON et al v. REPUBLIC OF SUDAN
Assigned to: Chief Judge Royce C. Lamberth
Cause: 28:1391 Personal Injury

Date Filed: 10/04/2010
Date Terminated: 03/30/2012
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2010 | 1 | COMPLAINT against REPUBLIC OF SUDAN ( Filing fee $ 350, receipt number 4616033180) filed by DAVID MORALES, MARGARET LOPEZ, GINA MORRIS, SHELLY SONGER, JOHN BUCKLEY, MARTIN SONGER, JR, RICK HARRISON, ANDREW LOPEZ, KESHA STIDHAM, ROBERT MCTUREOUS. (Attachments: # 1 Civil Cover Sheet)(rdj) (Entered: 10/05/2010) |
| 10/04/2010 |   | SUMMONS Not Issued as to REPUBLIC OF SUDAN (rdj) (Entered: 10/05/2010) |
| 10/04/2010 | 2 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Cases in the Fourth Circuit Court of Appeals. (rdj) (Entered: 10/05/2010) |
| 10/06/2010 | 3 | NOTICE *OFFER TO ARBITRATE* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, |

| | | |
|---|---|---|
| | | MARGARET LOPEZ, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, KESHA STIDHAM (Jones, Nelson) (Entered: 10/06/2010) |
| 10/08/2010 | | Summons (1) Issued as to REPUBLIC OF SUDAN. (dr) (Entered: 10/08/2010) |
| 10/11/2010 | 4 | ENTERED IN ERROR..... MOTION to Amend/Correct 1 Complaint, *AMENDED COMPLAINT* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, KESHA STIDHAM (Jones, Nelson) Modified on 10/12/2010 (znmw, ). (Entered: 10/11/2010) |
| 10/11/2010 | 5 | NOTICE *OF SUIT* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, KESHA STIDHAM re 2 Notice of Related Case, 4 MOTION to Amend/Correct 1 Complaint, *AMENDED COMPLAINT*, 3 Notice (Other), 1 Complaint, (Jones, Nelson) (Entered: 10/11/2010) |
| 10/11/2010 | 6 | NOTICE *AMENDED OFFER TO ARBITRATE* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, KESHA STIDHAM re 4 MOTION to Amend/Correct 1 Complaint, *AMENDED COMPLAINT*, 5 Notice (Other), Notice (Other), 1 Complaint, (Jones, Nelson) (Entered: 10/11/2010) |

| | | |
|---|---|---|
| 10/11/2010 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Andrew C. Hall, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 Bayshore Drive, Penthouse 1, Miami, Florida. Phone No. - 305-374-5030. Fax No. - 305-374-5033 by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, KESHA STIDHAM (Attachments: # 1 Declaration Certified Declaration of Andrew C. Hall in Support of Motion for Admission Pro Hac Vice)(Jones, Nelson) (Entered: 10/11/2010) |
| 10/11/2010 | 8 | AMENDED COMPLAINT against REPUBLIC OF SUDAN filed by GINA MORRIS, JOHN BUCKLEY, RICK HARRISON, DAVID MORALES, MARGARET LOPEZ, SHELLY SONGER, MARTIN SONGER, JR, ANDREW LOPEZ, KESHA STIDHAM, ROBERT MCTUREOUS, EDWARD LOVE, CARL WINGATE, RUBIN SMITH, JEREMY STEWART, LISA LORENSEN, ERIC WILLIAMS, KEITH LORENSEN, AARON TONEY.(znmw, ) Modified on 11/5/2010 to edit date filed (dr). (Entered: 10/12/2010) |
| 10/12/2010 | | NOTICE OF ERROR re 4 Motion to Amend/Correct; emailed to njonesiii@aol.com, cc'd 0 associated attorneys -- The PDF file you docketed contained errors: 1. Incorrect event used, 2. Entered in Error and refiled as Docket Entry 8 Amended Complaint. (znmw, ) (Entered: 10/12/2010) |
| 10/13/2010 | | Summons (1) Reissued as to REPUBLIC OF SUDAN. (dr) (Entered: 10/13/2010) |
| 10/19/2010 | | MINUTE ORDER granting 7 Motion to Admit Andrew C. Hall Pro Hac Vice as Counsel for Plaintiffs Under |

| | | |
|---|---|---|
| | | Local Rule 83.2. Accordingly, Mr. Hall is admitted pro hac vice to appear in this case on behalf of plaintiffs. Signed by Judge Henry H. Kennedy, Jr. on October 19, 2010. (NP) (Entered: 10/19/2010) |
| 11/05/2010 | 9 | AFFIDAVIT REQUESTING FOREIGN MAILING by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, REPUBLIC OF SUDAN, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE. (Jones, Nelson) (Entered: 11/05/2010) |
| 11/17/2010 | 10 | CERTIFICATE OF CLERK of mailing one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 11/17/2010, by certified mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (dr) Modified on 11/18/2010 to edit text (dr). (Entered: 11/17/2010) |
| 11/23/2010 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to REPUBLIC OF SUDAN served on 11/18/2010, answer due 1/17/2011. (dr) (Entered: 11/29/2010) |
| 01/18/2011 | 12 | AFFIDAVIT FOR DEFAULT by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, |

| | | |
|---|---|---|
| | | ERIC WILLIAMS, CARL WINGATE (Attachments: # 1 Exhibit Exhibit A-Clerk's Certificate of Mailing, # 2 Exhibit Exhibit B-U.S. Postal Service Return Receipt, # 3 Text of Proposed Order Form of Clerk's Entry of Default)(Jones, Nelson) Modified on 1/20/2011 to edit event used (dr). (Entered: 01/18/2011) |
| 01/19/2011 | 13 | Clerk's ENTRY OF DEFAULT as to REPUBLIC OF SUDAN (znmw, ) (Entered: 01/19/2011) |
| 02/09/2011 | 14 | MOTION for Default Judgment by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE (Jones, Nelson) Modified event title on 2/10/2011 (znmw, ). (Entered: 02/09/2011) |
| 08/04/2011 | 15 | ORDER setting hearing on plaintiffs' motion for default judgment for September 21, 2011 at 10:00 a.m. in Courtroom 27A. Signed by Judge Henry H. Kennedy, Jr. on August 4, 2011. (lchhk2) (Entered: 08/04/2011) |
| 08/15/2011 | | Reset Hearings: Motion Hearing set for 9/21/2011 @ 10:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj) (Entered: 08/15/2011) |
| 09/02/2011 | 16 | ENTERED IN ERROR..... MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Roarke Maxwell, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 South Bayshore Drive, PH 1, Miami, Fla. 33133. Phone No. - 305-374-5030. Fax No. - 305-374-5033 by RICK HARRISON (Jones, Nelson) Modified on 9/6/2011 (znmw, ). (Entered: 09/02/2011) |

| | | |
|---|---|---|
| 09/02/2011 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Matthew Leto, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 South Bayshore Drive, PH 1, Miami, Fla. 33133. Phone No. - 305-374-5030. Fax No. - 305-374-5033 by RICK HARRISON (Attachments: # 1 Text of Proposed Order)(Jones, Nelson) (Entered: 09/02/2011) |
| 09/02/2011 | 18 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Roarke Maxwell, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 South Bayshore Drive, PH 1, Miami, Fla. 33133. Phone No. - 305-374-5030. Fax No. - 305-374-5033 by RICK HARRISON (Attachments: # 1 Text of Proposed Order)(Jones, Nelson) (Entered: 09/02/2011) |
| 09/06/2011 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 16 MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Roarke Maxwell, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 South Bayshore Drive, PH 1, Miami, Fla. 33133. Phone No. - 305-374-5030. Fax No. - 305-374-5033 was entered in error and refiled with proposed order as Docket Entry 18 . (znmw, ) (Entered: 09/06/2011) |
| 09/06/2011 | 19 | MINUTE ORDER granting 17 Motion for Leave to Appear Pro Hac Vice (Attorney: Matthew Leto). Signed by Judge Henry H. Kennedy, Jr. on September 6, 2011. (lchhk2) Modified event title on 9/7/2011 (znmw, ). (Entered: 09/06/2011) |
| 09/06/2011 | 20 | MINUTE ORDER granting 18 Motion for Leave to Appear Pro Hac Vice (Attorney:Roarke Maxwell). Signed by Judge Henry H. Kennedy, Jr. on September 6, 2011. (lchhk2) Modified event title on 9/7/2011 (znmw, ). (Entered: 09/06/2011) |

| 09/08/2011 | 21 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Adam S. Hall, :Firm- Hall, Lamb and Hall, P.A., :Address- 2665 South Bayshore Drive, PH 1, Miami, Florida 33133. Phone No. - 305-374-5030. Fax No. - 305-374-5033 by RICK HARRISON (Attachments: # 1 Text of Proposed Order)(Jones, Nelson) (Entered: 09/08/2011) |
|---|---|---|
| 09/12/2011 | | MINUTE ORDER granting 21 Motion to Admit Adam S. Hall Pro Hac Vice as Counsel for Plaintiffs. Accordingly, Mr. Hall is admitted pro hac vice to appear on behalf of plaintiffs in this matter. Signed by Judge Henry H. Kennedy, Jr. on September 12, 2011. (NP) (Entered: 09/12/2011) |
| 09/12/2011 | | Motion terminated: 16 Motion for Attorney Roarke Maxwell to Appear Pro Hac Vice is terminated because it was entered in error and refiled. Signed by Judge Henry H. Kennedy, Jr. on September 12, 2011. (NP) (Entered: 09/12/2011) |
| 09/20/2011 | 22 | ENTERED IN ERROR....SUGGESTION OF DEATH Upon the Record as to Plaintiff Rubin Smith by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, REPUBLIC OF SUDAN, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE. (Jones, Nelson) Modified on 9/21/2011 (znmw, ). (Entered: 09/20/2011) |
| 09/20/2011 | 23 | ENTERED IN ERROR..... MOTION to Sever *Damages Claim of Rubin Smith* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET |

| | | |
|---|---|---|
| | | LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE (Jones, Nelson) Modified on 9/21/2011 (znmw, ). (Entered: 09/20/2011) |
| 09/20/2011 | 24 | MOTION to Sever *Damages Claim of Plaintiff Rubin Smith* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE (Jones, Nelson) (Entered: 09/20/2011) |
| 09/20/2011 | 25 | SUGGESTION OF DEATH Upon the Record as to Rubin Smith by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE. (Jones, Nelson) (Entered: 09/20/2011) |
| 09/20/2011 | 26 | MOTION to Take Judicial Notice by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, |

| | | |
|---|---|---|
| | | ERIC WILLIAMS, CARL WINGATE (Jones, Nelson) (Entered: 09/20/2011) |
| 09/21/2011 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entries <u>23</u> MOTION to Sever *Damages Claim of Rubin Smith*, <u>22</u> Suggestion of Death were entered in error as duplicative; counsel refiled said documents as Docket Entries <u>24</u> and <u>25</u> . (znmw, ) (Entered: 09/21/2011) |
| 09/21/2011 | 27 | ENTERED IN ERROR.....ORDER for an Initial Scheduling Conference to be held on October 21, 2011, at 11:00 am, in Courtroom 27A before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr. on September 21, 2011. (NP) *Modified on 9/21/2011 TO ENTER IN ERROR AT THE REQUEST OF CHAMBERS* (dr). (Entered: 09/21/2011) |
| 09/21/2011 | | Minute Entry for proceedings held before Judge Henry H. Kennedy: Motion Hearing held on 9/21/2011. <u>24</u> MOTION to Sever Damages Claim of Plaintiff Rubin Smith is hereby GRANTED for reasons stated on the record. Proposed Findings of Fact and Conclusions of Law are due by 10/7/2011. (Court Reporter: Annie Shaw.) (tj) (Entered: 09/21/2011) |
| 11/04/2011 | <u>28</u> | Case reassigned to Chief Judge Royce C. Lamberth. Judge Henry H. Kennedy no longer assigned to the case. (ds) (Entered: 11/04/2011) |
| 11/08/2011 | <u>29</u> | MOTION to Substitute Party *Personal Representative of Estate of Rubin Smith* by RUBIN SMITH (Attachments: # <u>1</u> Exhibit A)(Jones, Nelson) (Entered: 11/08/2011) |
| 01/24/2012 | <u>30</u> | ORDER directing plaintiffs to clarify position of party seeking substitution and resubmit proposed findings of fact and conclusions of law. Signed by Chief Judge Royce C. Lamberth on January 24, 2012. (lchhk2) |

| | | |
|---|---|---|
| | | (Entered: 01/24/2012) |
| 01/24/2012 | 31 | ORDERED that counsel advise the Court whether or not Smith will adopt the pleadings of the plaintiffs and the record of this case if the Court grants her motion to substitute as a plaintiff. Plaintiffs' Proposed Finding of Facts and conclusions of law due by 8/2/2012. Signed by Chief Judge Royce C. Lamberth on 1/19/12. (rje) (Entered: 01/24/2012) |
| 01/25/2012 | | Set/Reset Deadlines: Plaintiffs' Proposed Finding of Facts due by 2/7/2012. (rje) (Entered: 01/25/2012) |
| 01/25/2012 | 32 | NOTICE *of Intent to Adopt Pleadings and Case Record* by RUBIN SMITH re 30 Order, 31 Order, Set Deadlines,, (Jones, Nelson) (Entered: 01/25/2012) |
| 02/07/2012 | 33 | Proposed Findings of Fact by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE. (Jones, Nelson) (Entered: 02/07/2012) |
| 02/17/2012 | 34 | ORDER granting 29 Motion to Substitute Party. RUBIN SMITH terminated and TRACE SMITH substituted. Plaintiffs are directed to submit evidence of damages no later than February 27, 2012. Signed by Chief Judge Royce C. Lamberth on February 17, 2012. (lchhk2) (Entered: 02/17/2012) |
| 03/06/2012 | 35 | MOTION for Extension of Time to File by RUBIN SMITH (Attachments: # 1 Text of Proposed Order) (Jones, Nelson) (Entered: 03/06/2012) |

| | | |
|---|---|---|
| 03/19/2012 | 36 | NOTICE *of Filing Documents in Support of Claim of the Estate of Rubin Smith* by RUBIN SMITH, TRACE SMITH (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jones, Nelson) (Entered: 03/19/2012) |
| 03/19/2012 | 37 | MOTION for Extension of Time to File *Documents in Support of Claim of Estate of Rubin Smith* by RUBIN SMITH, TRACE SMITH (Attachments: # 1 Text of Proposed Order)(Jones, Nelson) (Entered: 03/19/2012) |
| 03/20/2012 | | MINUTE ORDER denying 37 Motion for Extension of Time to File Documents in Support of Claim of Estate of Rubin Smith. Plaintiffs are direct to file all relevant material currently available as well as proposed findings of fact and conclusions of law regarding the claims of Mr. Smith's estate no later than March 24, 2012. Signed by Chief Judge Royce C. Lamberth on March 20, 2012. (lchhk2) (Entered: 03/20/2012) |
| 03/22/2012 | 38 | NOTICE *of Filing Expert Report of Dana Kaufman as to Economic Damages of Rubin Smith* by RUBIN SMITH, TRACE SMITH (Attachments: # 1 Exhibit 1)(Jones, Nelson) (Entered: 03/22/2012) |
| 03/23/2012 | 39 | Proposed Findings of Fact by RUBIN SMITH, TRACE SMITH. (Jones, Nelson) (Entered: 03/23/2012) |
| 03/30/2012 | 40 | ORDER AND JUDGMENT granting [#14] plaintiffs' motion for default judgment. Signed by Chief Judge Royce C. Lamberth on March 30, 2012. (lchhk2) Modified on 3/30/2012 (rje, ). (Entered: 03/30/2012) |
| 03/30/2012 | 41 | MEMORANDUM OPINION granting 14 plaintiffs' motion for a default judgment signed by Chief Judge Royce C. Lamberth on March 30, 2012.(lchhk2) (Entered: 03/30/2012) |

| Date | # | Description |
|---|---|---|
| 04/19/2012 | 42 | AFFIDAVIT REQUESTING FOREIGN MAILING by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, TRACE SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE. (Jones, Nelson) (Entered: 04/19/2012) |
| 04/19/2012 | 43 | NOTICE *of Default Final Judgment* by JOHN BUCKLEY, RICK HARRISON, ANDREW LOPEZ, MARGARET LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARD LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, RUBIN SMITH, TRACE SMITH, MARTIN SONGER, JR, SHELLY SONGER, JEREMY STEWART, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE re 42 Affidavit Requesting Foreign Mailing, (Attachments: # 1 Exhibit A, # 2 Exhibit A (Arabic Translation), # 3 Exhibit B, # 4 Exhibit B (Arabic Translation), # 5 Exhibit Copy of Foreign Sovereign Immunities Act, # 6 Exhibit Arabic Translation of Notice of Default Final Judgment)(Jones, Nelson) (Entered: 04/19/2012) |
| 04/20/2012 | 44 | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of one copy of the 43 NOTICE of Default Final Judgment, 41 MEMORANDUM OPINION, and 40 ORDER AND JUDGMENT, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (See docket entry 42 to view |

| | | |
|---|---|---|
| | | document)(rdj) (Entered: 04/20/2012) |
| 04/20/2012 | 45 | CERTIFICATE OF CLERK of mailing one copy of the 43 NOTICE of Default Final Judgment, 41 MEMORANDUM OPINION, and 40 ORDER AND JUDGMENT, together with a translation of each into the official language of the foreign state on 4/20/2012, by certified mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 Exhibit) (rdj) (Entered: 04/20/2012) |
| 08/13/2012 | 46 | Unopposed MOTION for Protective Order authorizing disclosure in response to Rule 45 subpoena by U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit A - Subpoena, # 2 Text of Proposed Order)(jf, ) (Entered: 08/14/2012) |
| 08/15/2012 | 47 | ORDER granting 46 Motion for Protective Order. Signed by Chief Judge Royce C. Lamberth on 8/15/12. (rje) (Entered: 08/15/2012) |

## PACER Service Center

### Transaction Receipt

05/28/2013 17:22:46

| PACER Login: | ah0043 | Client Code: | Harrison 10300 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:10-cv-01689-RCL |
| Billable Pages: | 5 | Cost: | 0.50 |