English          Customer          USPS
                 Service           Mobile



Quick Tools          Ship a              Send Mail          Manage Your
                     Package                                 Mail

# Track & Confirm

You entered: 70062760000019588812

Status: Delivered
Your item was delivered at 3:23 pm on April 23, 2012 in WASHINGTON, DC 20008. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed momentarily.

   I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

Find

LEGAL                    ON USPS.COM                    ON ABOUT.USPS.COM
Privacy Policy ›         Government Services ›          About USPS Home ›
Terms of Use ›           Buy Stamps & Shop ›            Newsroom ›
FOIA ›                   Print a Label with Postage ›   Mail Service Updates ›

| | | |
|---|---|---|
| No FEAR Act EEO Data › | Customer Service ›<br>Delivering Solutions to the Last Mile ›<br>Site Index › | Forms & Publications ›<br>Careers › |

Copyright© 2013 USPS. All Rights Reserved.