UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICK HARRISON, JOHN BUCKLEY III, MARGARET LOPEZ, ANDY LOPEZ, KEITH LORENSEN, LISA LORENSEN, EDWARDS LOVE, ROBERT MCTUREOUS, DAVID MORALES, GINA MORRIS, MARTIN SONGER, JR., SHELLY SONGER, JEREMY STEWARD, KESHA STIDHAM, AARON TONEY, ERIC WILLIAMS, CARL WINGATE, AND TRACY SMITH, as Personal Representative of the Estate of Rubin Smith,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REPUBLIC OF SUDAN,<br><br>Defendant,<br><br>vs.<br><br>NATIONAL BANK OF EGYPT, New York Branch,<br><br>Respondent. | Case No. 1:13-cv-03127 (AT)<br><br>**TURNOVER ORDER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/23/13 |

AND NOW, this 23rd day of October, 2013, upon Plaintiffs' Petition for Turnover Order Against National Bank of Egypt Pursuant to 28 U.S.C. § 1610(g), CPLR § 5225(b) and Federal Rule of Civil Procedure 69(a), the Motion is GRANTED. The Court hereby finds and orders as follows:

1. Plaintiffs obtained a judgment in the District Court for the District of Columbia in the amount of $314,705,896, plus interest (the "Judgment"), and the entire principal amount of the Judgment remains unsatisfied.

2. Funds held at the National Bank of Egypt, New York Branch, are subject to

execution and attachment under the Foreign Sovereign Immunities Act because the owner of the funds, ███████████████, is an agency and instrumentality of the Republic of Sudan.

3. National Bank of Egypt ███████████████, owned by ██████ ███████████, totaling ██████████, plus accrued interest, is subject to execution to satisfy the Plaintiffs' outstanding judgment.

4. The Court hereby directs National Bank of Egypt to turn over the proceeds of ███████████████, totaling ██████████, together with any accrued interest, to the Plaintiffs within ten (10) days from the date of this Order.

5. An OFAC license is not necessary to disburse these funds and no notice is necessary to ███████████████. *See Heiser v. Bank of Tokyo Mitsubishi UFJ, New York Branch*, 919 F. Supp. 2d 411, 422 (S.D.N.Y. 2013); *Heiser v. Islamic Republic of Iran*, 807 F. Supp. 2d 9, 23 (D.D.C. 2011); *Weininger v. Castro*, 432 F. Supp. 2d 457 (S.D.N.Y. 2006).

6. This Order enforces a duly registered District Court judgment from the District of Columbia, recognized by a New York Federal Court and given full faith and credit by this Court.

SO ORDERED.

_____
ANALISA TORRES
United States District Judge

Dated: October 23, 2013
New York, New York