# EXHIBIT "G"

REDACTED PURSUANT TO PROTECTIVE
ORDER IN
*HARRISON, ET AL. VS. REPUBLIC OF SUDAN*,
CASE NO. 10-CV-01689 (D.D.C.)