# EXHIBIT "I"

REDACTED PURSUANT TO PROTECTIVE ORDER IN
*HARRISON, ET AL. VS. REPUBLIC OF SUDAN*, CASE NO. 10-CV-01689 (D.D.C.)