| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------<br>HARRISON, et al,<br>    Plaintiffs,<br>vs.<br>THE REPUBLIC OF SUDAN,<br>    Defendant,<br>vs.<br>NATIONAL BANK OF EGYPT,<br>New York Branch,<br>    Respondent,<br>vs.<br>JAMES OWENS, GARY ROBERT OWENS, BARBARA GOFF, FRANK B. PRESSLEY, JR., YASEMIN B. PRESSLEY, DAVID A. PRESSLEY, THOMAS C. PRESSLEY, MICHAEL F. PRESSLEY, BERK F. PRESSLEY, JON B. PRESSLEY, MARC Y. PRESSLEY, SUNDUS BUYUK, MONTINE BOWEN, FRANK PRESSLEY, SR., BAHAR BUYUK, SERPIL BUYUK, TULAY BUYUK, AHMET BUYUK, DOROTHY WILLARD, ELLEN MARIE BOMER, DONALD BOMER, MICHAEL JAMES CORMIER, ANDREW JOHN WILLIAM CORMIER, ALEXANDER RAIN CORMIER, PATRICIA FEORE, CYLDE M. HIRN, ALICE M. HIRN, PATRICIA K. FAST, INEZ P. HIRN, JOYCE REED, WORLEY LEE REED, CHERYL L. BLOOD, BRET W. REED, RUTH ANN WHITESIDE, LORIE GULICK, PAM WILLIAMS, FLOSSIE VARNEY, LINDA JANE WHITESIDE LESLIE, LYDIA SPARKS, HOWARD SPARKS, TABITHA CARTER, HOWARD SPARKS, JR., MICHAEL RAY SPARKS, GARY O. SPIERS, VICTORIA Q. SPIERS, VICTORIA J. SPIERS, JULITA A. QUALICIO.<br>    Third-Party Defendants<br>    Plaintiff-Respondents. | Case No. 1:13-cv-03127 (AT) |

## OWENS THIRD-PARTY DEFENDANTS ANSWER
## TO THIRD-PARTY NOTICE AND WITHDRAWAL OF LIEN

Third-Party Defendants James Owens, Gary Robert Owens, Barbara Goff, Frank B. Pressley, Jr., Yasemin B. Pressley, David A. Pressley, Thomas C. Pressley, Michael F. Pressley, Berk F. Pressley, Jon B. Pressley, Marc Y. Pressley, Sundus Buyuk, Montine Bowen, Frank Pressley, Sr., Bahar Buyuk, Serpil Buyuk, Tulay Buyuk, Ahmet Buyuk, Dorothy Willard, Ellen Marie Bomer, Donald Bomer, Michael James Cormier, Andrew John William Cormier, Alexander Rain Cormier, Patricia Feore, Cylde M. Hirn, Alice M. Hirn, Patricia K. Fast, Inez P. Hirn, Joyce Reed, Worley Lee Reed, Cheryl L. Blood, Bret W. Reed, Ruth Ann Whiteside, Lorie Gulick, Pam Williams, Flossie Varney, Linda Jane Whiteside Leslie, Lydia Sparks, Howard Sparks, Tabitha Carter, Howard Sparks, Jr., Michael Ray Sparks, Gary O. Spiers, Victoria Q. Spiers, Victoria J. Spiers, and Julita A. Qualicio, collectively the "Owens Third-Party Defendants," by their undersigned attorneys, for their answer to the Notice Alleging Claims in the Nature of Interpleader against National Bank of Egypt, New York Branch, allege as follows:

1. On or about November 15, 2013, counsel for Defendant, National Bank of Egypt, New York Branch, caused a notice to be sent to the Owens Third-Party Defendants Counsel. See, Exhibit A – Notice Sent by National Bank of Egypt.

2. Owens Third-Party Defendants currently hold a judgment on liability from the United States District Court for the District of Columbia and are awaiting a final judgment on damages to be entered. See, Exhibit B – Memorandum Opinion, Owens, et al., v. Republic of Sudan, et al., Civil Action No. 01-2244(JDB), Docket Entry #215, Filed 11/28/2011.

3. Owens Third-Party Defendants caused a Notice of Lis Pendens pursuant to 28 U.S.C. § 1605A(g) to be entered by the Clerk of the Court for the United States District Court for the Southern District of New York on February 15, 2011 and caused service of this Notice of Lis Pendens to be served on a number of international banks and financial institutions in the New York area. See, Exhibit C – Owens, et al., v. Sudan, et al., Case No.: 11-mc-00037, Docket Report.

4. Owens Third-Party Defendants caused a Notice of Lis Pendens pursuant to 28 U.S.C. § 1605A(g) to be entered by the Clerk of the Court for the United States District Court for the Southern District of New York on July 20, 2012. See, Exhibit D – Owens, et al., v. Sudan, et al., Case No.: 12-mc-00243.

5. Owens Third-Party Defendants are awaiting a final judgment to be entered against Defendants, Republic of Sudan, et al.

Owens Third-Party Defendants, while asserting the validity of their lien pursuant to 28 U.S.C. § 1605A(g), have determined not to proceed with enforcement of their lien pursuant to Chapter 111 of Title 28, United States Code and hereby withdraw the lien as to the assets described in the complaint filed by Plaintiffs in *Rick Harrison, et al., v. Republic of Sudan, et al,* Case No. 1:13-cv-03127 (AT). This withdrawal of lien has no effect as to any other assets subject to the lien created by the notices of lien above set forth which were entered on February 15, 2011 and July 20, 2012.

Date: December 13, 2013

Respectfully submitted,

Annie P. Kaplan
Bar No.: 2222
Fay Kaplan Law, PA
777 Sixth Street, NW
Suite 410
Washington, DC 20001
(202)-589-1300
Fax: (202)-589-1721
*Annie.kaplan@gmail.com*
**Attorneys for Third Party Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2013, copies of the foregoing Motion and Memorandum in support of said Motion were delivered electronically through the PACER System to:

Annie P. Kaplan

**Barry J. Friedberg**
Trachtenberg, Rodes, and Friedberg
545 5th Avenue
NY, NY 10017
(212) 972-2929
(212) 972-7581 (fax)
bfriedberg@trflaw.com


**Beth Ilana Goldman**
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022
(212)-705-4817
(212)-593-9175 (fax)
bgoldman@fkks.com


**Andrew Clifford Hall**
Hall, Lamb and Hall, P.A.
2665 S. Bayshore Dr., Penthouse 1
Miami, FL 33131-9113
(305) 374-5030
(305) 374-5033 (fax)
andyhall@hlhlawfirm.com

**Brandon R. Levitt**
Kachroo Legal Services, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
(305)-490-1034
(617)-864-1125 (fax)
blevitt@hlhlawfirm.com

5

**Roarke Maxwell**
Hall, Lamb And Hall P.A.
2665 South Bayshore Drive, PH1
Miama, FL 33133
305-374-5030
305-374-5033 (fax)
rmaxwell@hlhlawfirm.com

**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
(212)-980-0120
(212)-593-9175 (fax)
erosenthal@fkks.com