

November 14, 2013

IMPORTANT! This mailing is being sent to you to put you on notice of a lawsuit pending in the United States District Court for the Southern District of New York that could result in the seizure or forfeiture of funds in which you may have an interest. The Petitioners have obtained judgments against the Republic of Sudan and seek to satisfy their judgments from assets of Sudan or its agencies and instrumentalities. These funds may include the balances held in one or more bank accounts that were blocked pursuant to the Sudanese Sanctions and Regulations and the proceeds of one or more electronic funds transfers that were interrupted and blocked pursuant to those regulations.

THE COURT MAY ORDER THAT THOSE FUNDS BE TURNED OVER TO THE PETITIONERS TO SATISFY THE JUDGMENTS WITHOUT FURTHER PROCEEDINGS UNLESS YOU ACT TO ASSERT YOUR CLAIMS TO THOSE FUNDS BY THE SUBMISSION OF COMPETENT EVIDENCE TO THE COURT THAT SUCH FUNDS ARE NOT PROPERTY OF SUDAN OR ITS AGENCIES OR INSTRUMENTALITIES. **THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK HAS ORDERED THAT ANY PERSON OR ENTITY CLAIMING TO BE THE OWNER OF OR HAVE AN INTEREST IN ANY OF THE FUNDS MUST SUBMIT WRITTEN OBJECTIONS WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE.** SUCH OBJECTIONS MUST BE IN WRITING, SPECIFY THE ACCOUNT OR ELECTRONIC FUNDS TRANSFER THAT YOU CLAIM TO HAVE AN INTEREST IN, AND SET FORTH THE FACTUAL BASIS FOR YOUR CLAIM. THEY MUST BE SIGNED BY YOU, AN OFFICER OF YOUR ORGANIZATION OR YOUR ATTORNEY. YOU MUST SUBMIT SUCH OBJECTIONS TO THE ATTORNEYS FOR THE PETITIONERS AND THE ATTORNEYS FOR THE GARNISHEES AT THEIR ADDRESSES AS SET FORTH IN THE PETITION, AND TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

IF YOU DO NOT SUBMIT WRITTEN OBJECTIONS OR MAKE A MOTION TO INTERVENE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE, THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK MAY DETERMINE THAT YOU HAVE DEFAULTED AND LOST YOUR RIGHT TO ASSERT A CLAIM TO THE FUNDS. IN THAT EVENT, THE COURT COULD DIRECT THE TURNOVER OF SUCH FUNDS TO THE

PETITIONERS TO SATISFY THEIR JUDGMENTS. THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK MAY ALSO ENTER AN ORDER RELEASING AND DISCHARGING THE GARNISHEES FROM ANY OBLIGATIONS TO HOLD THE FUNDS IN THOSE ACCOUNTS FOR YOU OR TO PAY THOSE FUNDS TO YOU.

These documents are being sent to you because the records of one or more of the Garnishees indicate that you may have an interest in the funds being held by those Garnishees. The enclosed documents include documents or information identifying the bank accounts and/or wire transfers in which you may have an interest, to the extent that the Garnishees have been able to identify such accounts and wires.

This notice has been approved by the United States District Court for the Southern District of New York, and the Court has directed the Petitioners to send it to you along with the enclosed documents.