ECF

## U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:11-mc-00037-P1



Owens et al
Assigned to: Judge Part One
Case in other court: USDC-DDC, 1:01-CV-02244
Cause: Civil Miscellaneous Case - Other

Date Filed: 02/15/2011

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2011 | 1 | NOTICE PURSUANT TO 28 U.S.C. 1605A (g) OF PENDING ACTION AND of Lis Pendens. (Filing Fee $ 39.00, Receipt Number 929781). Document filed by Cheryl L. Blood, Donald Bomer, Ellen Marie Bomer, Montine Bowen, Ahmet Buyuk, Bahar Buyuk, Serpil Buyuk, Sundus Buyuk, Tulay Buyuk, Tabitha Carter, Alexandra Rain Cormier, Andrew John William Cormier, Michael James Cormier, Patricia K. Fast, Patricia Feore, Barbara Goff, Lorie Gulick, Alice M. Hirn, Clyde M. Hirn, Inez P. Hirn, Linda Jane Whiteside Leslie, Gary Robert Owens, James Owens, Berk F. Pressley, David A. Pressley, Jon B. Pressley, Marc Y. Pressley, Michael F. Pressley, Thomas C. Pressley, Yasemin B. Pressley, Frank B. Pressley, Jr, Julita A. Qualicio, Bret Reed, Joyce Reed, Worley Lee Reed, Howard Sparks, Howard Sparks, Jr, Lydia Sparks, Michael Ray Sparks, Gary O. Spiers, Victoria J. Spiers, Victoria Q. Spiers, Flossie Varney, Ruth Ann Whiteside, Dorothy Willard, Pam Williams. (jmi) Modified on 2/16/2011 (jmi). Modified on 2/16/2011 (jmi). (jmi). (Entered: 02/16/2011) |
| 02/15/2011 | | Case Designated ECF. (jmi) (Entered: 02/16/2011) |
| 02/15/2011 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Annie Pennock Kaplan for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Lis Pendens, to: miscfoley@nysd.uscourts.gov. (jmi) (Entered: 03/07/2011) |
| 05/05/2011 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Affirmation of Service, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (jmi) (Entered: 05/06/2011) |
| 05/05/2011 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Affirmation of Service, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (jmi) (Entered: 05/06/2011) |

| 05/11/2011 | 2 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Royal Bank of Scotland, N.V. Formerly ABN Amro NY Branch on April 20, 2011. Service was accepted by Damian Joseph. Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
|---|---|---|
| 05/11/2011 | 3 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Bank of China, General Counsel on March 21, 2011. Service was accepted by Derek Li. Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
| 05/11/2011 | 4 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on American Express Bank, Ltd. on March 21, 2011. Service was accepted by Robert (last name illegible). Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
| 05/11/2011 | 5 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on HSBC Bank USA, Inc., Office of the General Counsel on No Date Indicated. Service was accepted by Walter Chapman. Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
| 05/11/2011 | 6 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Bank Of America, N.A. on March 17, 2011. Service was accepted by Unknown. Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
| 05/11/2011 | 7 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on JP Morgan Chase Bank, N.A., c/o CT Corporation Systems on March 18, 2011. Service was accepted by NYSOP, CT a Wolters Kluwer Business. Service was made by MAIL Certirfied Mail Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/11/2011) |
| 05/12/2011 | 8 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Citibank, N.A., Legal Service Intake Unit on 03/14/2011. Service was accepted by Kenny Worgs. Service was made by MAIL Certified Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/12/2011) |
| 05/12/2011 | 9 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Deutsche Bank Trust Company Americas c/o CT Corporation Systems on March 15, 2011. Service was accepted by Unknown. Service was made by MAIL Certified Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/12/2011) |

| 05/12/2011 | 10 | AFFIDAVIT OF SERVICE of Notice of Lis Pendens served on Royal Bank of Scotland, N.A., Frmly. ABN Amro NY Branch on April 20, 2011. Service was accepted by Damian Joseph. Service was made by MAIL Certified Return Receipt Requested. Document filed by James Owens. (Attachments: # 1 Notice of Lis Pendens)(Kaplan, Annie) (Entered: 05/12/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2013 15:33:41 | | | |
| **PACER Login:** | fk0537 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-mc-00037-P1 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |