# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-mc-00243-P1



Owens et al v. Reublic of Sudan, Ministry of the interior of the Republic of Sudan, the Islamic Republic of Iran, The Iranian Ministry of Info. & Security
Assigned to: Judge Part One
Cause: M 90 Order of Attachment

Date Filed: 07/20/2012

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2012 | 1 | NOTICE of Lis Pendens. Document filed by Cheryl L. Blood, Donald Bomer, Ellen Marie Bomer, Montine Bowen, Ahmet Buyuk, Serpil Buyuk, Sundus Buyuk, Tulay Buyuk, Bahar Buyuk, Tabitha Carter, Alexandra Rain Cormier, Andrew John William Cormier, Michael James Cormier, Patricia K. Fast, Patricia Feore, Barbara Goff, Lorie Gulick, Alice M. Hirn, Clyde M. Hirn, Inez P. Hirn, Linda Jane Whiteside Leslie, Gary Robert Owens, James Owens, Berk F. Pressley, David A. Pressley, Frank Pressley, Sr, Frank B Pressley, Jon B. Pressley, Marc Y. Pressley, Michael F. Pressley, Thomas C. Pressley, Yasemin B. Pressley, Julita A. Qualicio, Bret W. Reed, Howard Sparks, Howard Sparks, Jr, Lydia Sparks, Michael Ray Sparks, Gary O. Spiers, Victoria Q. Spiers, Victoria J. Spiers, Flossie Varney, Ruth Ann Whiteside, Dorothy Willard, Pam Williams. (wb) (wb). (Entered: 07/23/2012) |
| 07/25/2012 | 2 | NOTICE OF CHANGE OF ADDRESS by Stephen Weiss on behalf of Cheryl L. Blood, Donald Bomer, Ellen Marie Bomer, Montine Bowen, Ahmet Buyuk, Serpil Buyuk, Sundus Buyuk, Tulay Buyuk, Bahar Buyuk, Tabitha Carter, Alexandra Rain Cormier, Andrew John William Cormier, Michael James Cormier, Patricia K. Fast, Patricia Feore, Barbara Goff, Lorie Gulick, Alice M. Hirn, Clyde M. Hirn, Inez P. Hirn, Linda Jane Whiteside Leslie, Gary Robert Owens, James Owens, Berk F. Pressley, David A. Pressley, Frank Pressley, Sr, Frank B Pressley, Jon B. Pressley, Marc Y. Pressley, Michael F. Pressley, Thomas C. Pressley, Yasemin B. Pressley, Julita A. Qualicio, Bret W. Reed, Howard Sparks, Howard Sparks, Jr, Lydia Sparks, Michael Ray Sparks, Gary O. Spiers, Victoria Q. Spiers, Victoria J. Spiers, Flossie Varney, Ruth Ann Whiteside, Dorothy Willard, Pam Williams. New Address: Moses & Singer LLP, 405 Lexington Avenue, New York, New York, USA 10174, 212-554-7800. (Weiss, Stephen) (Entered: 07/25/2012) |
| 01/08/2013 | 3 | NOTICE OF CHANGE OF ADDRESS by Stephen Weiss on behalf of Cheryl L. Blood, Donald Bomer, Ellen Marie Bomer, Montine Bowen, Ahmet Buyuk, Serpil Buyuk, Sundus Buyuk, Tulay Buyuk, Bahar Buyuk, Tabitha Carter, Alexandra Rain Cormier, Andrew John William Cormier, Michael James Cormier, Patricia K. Fast, Patricia Feore, Barbara Goff, Lorie Gulick, Alice M. Hirn, Clyde M. |

Hirn, Inez P. Hirn, Linda Jane Whiteside Leslie, Gary Robert Owens, James Owens, Berk F. Pressley, David A. Pressley, Frank Pressley, Sr, Frank B Pressley, Jon B. Pressley, Marc Y. Pressley, Michael F. Pressley, Thomas C. Pressley, Yasemin B. Pressley, Julita A. Qualicio, REPUBLIC OF SUDAN, MINISTRY OF THE INTERIOR OF THE REPUBLIC OF SUDAN, THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY of INFO. & SECURITY, Bret W. Reed, Howard Sparks, Howard Sparks, Jr, Lydia Sparks, Michael Ray Sparks, Gary O. Spiers, Victoria Q. Spiers, Victoria J. Spiers, Flossie Varney, Ruth Ann Whiteside, Dorothy Willard, Pam Williams. New Address: Law Office of Stephen Norman Weiss, 1601 Broadway, 12th Floor, New York, New York, USA 10019, 646-801-0371. (Weiss, Stephen) (Entered: 01/08/2013)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2013 15:34:20 | | | |
| PACER Login: | fk0537 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:12-mc-00243-P1 |
| Billable Pages: | 2 | Cost: | 0.20 |