UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICK HARRISON, ET AL.

          **Plaintiffs,**

v.

REPUBLIC OF SUDAN,

          **Defendant**

---

AMERICAN EXPRESS TRAVEL RELATED
SERVICES, CO.; BANCO DO BRASIL, S.A.
BANK OF AMERICA; BANK OF BARODA,
NEW YORK BRANCH; BANK OF CHINA,
NEW YORK BRANCH; BANK OF NEW
YORK MELLON; BANK OF TOKYO-
MITSUBISHI UFJ TRUST COMPANY;
BARCLAYS BANK PLC; CITIGROUP INC.;
COMMERZBANK AG CREDIT AGRICOLE
CORPORATE & INVESTMENT BANK;
CREDIT SUISSE SECURITIES (USA) LLC;
DEUTSCH BANK AG NEW YORK;
DEUTSCHE BANK TRUST CO. AMERICAS;
DOHA BANK; FEDERAL RESERVE BANK
OF NEW YORK; HABIB AMERICAN
BANK; HSBC BANK, USA, N.A.;
INTERAUDI BANK; INTESA SANPAOLO
S.P.A.; JP MORGAN CHASE & CO.; PNC
BANK, N.A.; RBS CITIZENS, N.A.; SOCIETE
GENERALE; STANDARD CHARTERED
BANK; STATE BANK OF INDIA;
SUMITOMO MITSUI BANKING CORP.;
THE ROYAL BANK OF SCOTLAND N.V.;
UNITED BANK LIMITED; WELLS FARGO
BANK, N.A.,

          **Respondents/Garnishees.**

---

Case No. 1:13-cv-03127 (AT)

**ANSWER TO OMNIBUS PETITION FOR TURNOVER ORDER OF
RESPONDENT/GARNISHEE BANK OF CHINA LIMITED, NEW YORK BRANCH**

BANK OF CHINA LIMITED, NEW YORK BRANCH ("Bank of China, New York Branch"), by its attorneys, Thompson Hine LLP, as and for its Answer to Omnibus Petition For Turnover Order (the "Petition") of Plaintiffs Rick Harrison, et al., ("Plaintiff"), hereby alleges as follows:

1.      Bank of China, New York Branch states that it takes no position with respect to the substantive allegations contained in the Petition.

2.      Bank of China, New York Branch demands service upon its undersigned counsel of all papers and proceedings served and/or issued in the above-captioned proceedings.

Dated: New York, New York.
      April 3, 2014

THOMPSON HINE LLP

By: _____
     Richard A. De Palma
335 Madison Avenue, 12th Floor
New York, New York 10036
(212) 908-3969
richard.depalma@thompsonhine.com
Attorneys for
BANK OF CHINA LIMITED, NEW YORK
BRANCH