# EXHIBIT A

**EXHIBIT A - CONFIDENTIAL**

FILED UNDER SEAL