UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICK HARRISON et al.,

              Plaintiffs,

-against-

REPUBLIC OF SUDAN,

              Defendant.

Case No. 1:13-cv-03127 (PKC)

**ACKNOWLEDGMENT AND**
**WAIVER OF SERVICE**

---

RICK HARRISON et al.,

              Petitioners,

- against -

AMERICAN EXPRESS TRAVEL RELATED SERVICES, CO.; BANCO DO BRASIL, S.A.; BANK OF AMERICA; BANK OF BARODA; NEW YORK BRANCH; BANK OF TOKYO - MITSUBISHI UFJ TRUST COMPANY; BARCLAYS BANK PLC; CITIGROUP INC.; COMMERZBANK AG; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE SECURITIES (USA) LTD.; DEUTSCHE BANK AG NEW YORK; DEUTSCHE BANK TRUST CO. AMERICAS; DOHA BANK; FEDERAL RESERVE BANK OF NEW YORK; HABIB AMERICAN BANK; HSBC BANK, USA, N.A., INTERAUDI BANK; INTESA SANPAOLO, S.A., JP MORGAN CHASE & CO.; PNC BANK, N.A., RBS CITIZENS, N.A.; SOCIETE GENERALE; STANDARD CHARTERED BANK; STATE BANK OF INDIA; SUMITOMO MITSUI BANKING CORP.; THE ROYAL BANK OF SCOTLAND N.V.; UNITED BANK LIMITED; WELLS FARGO BANK, N.A.

              Respondents/Garnishees.

*Caption continued on following page*

HSBC BANK USA, N.A.,

       Respondent-Garnishee and
       Stakeholder/Third-Party Petitioner,

-against -

RICK HARRISON, JOHN BUCKLEY,
MARGARET LOPEZ, KEITH LORENSEN,
EDWARD LOVE, DAVID MORALES,
ROBERT METUREOUS, GINA MORRIS,
RUBIN SMITH, MARTIN SONGER, JR.,
JEREMY STEWART, KESHA STIDHAM,
AARON TONEY, ERIC WILLIAMS,
CARL WINGATE, ANDREW LOPEZ,
LISA LORENSEN and SHELLY SONGER,

       Counterclaim Respondents,

-and-

SEA PORTS CORPORATION,
BRITISH ARAB COMMERCIAL BANK, Plc
EL NILEIN INDUSTRIAL DEVELOPMENT BANK,
HSBC BANK MIDDLE EAST,
SOCIETE GENERALE,
CHINA CAMC ENGINEERING CO., LTD a/k/a
CHINA ENGINEERING CO.
WNPOC LTD. – MULTICONSULT LTD.,
QATAR NATIONAL BANK,
HSBC BANK plc,
THE HONG KONG AND SHANGHAI BANKING
CORPORATION, LTD., and
GREATER NILE PETROLEUM OPERATING CO.,

       Third-Party Respondents/
       Adverse Claimants.

---

_Rajee Rouhani_, states as follows:

1. I am the _Associate General Counsel_ of Third-Party Respondent, HSBC Bank Middle East and I am authorized to enter into this Acknowledgment and Waiver of Service on its behalf.

2. HSBC Bank Middle East acknowledges service of the Third-Party Petition Alleging Counterclaims and Claims in the Nature of Interpleader of HSBC Bank USA, N.A. ("Third-Party Petition") and the accompanying Summons on Third-Party Complaint ("Summons").

3. HSBC Bank Middle East waives any defense of insufficient process or insufficient service of process with respect to the aforesaid Summons and Third-Party Petition, including any defenses related to (a) the requirements of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents or (b) the requirements for service of process under the laws of the United Arab Emirates. HSBC Bank Middle East does not waive any other defenses, nor does this acknowledgment constitute an appearance on behalf of HSBC Bank Middle East.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11 August, 2014.

HSBC BANK MIDDLE EAST

By: Rajaee Rouhani

Its Rajaee Rouhani
Associate General Counsel, MENA
HSBC Bank Middle East Limited

Doc #01-2795017.2