# HALL, LAMB AND HALL, P.A.
ATTORNEYS AT LAW
OFFICES AT GRAND BAY PLAZA
PENTHOUSE ONE
2665 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33133

TELEPHONE 305 374-5030
FACSIMILE 305 374-5033
TOLL FREE 800 376-5030
www.hlhlawfirm.com

ANDREW C. HALL
ADAM S. HALL
ADAM J. LAMB
MATTHEW P. LETO
COLLEEN L. SMERYAGE
SAMUEL C. COZZO
BRANDON R. LEVITT*†
MARIA SOLEDAD BODERO‡

* ADMITTED IN NEW YORK
† ADMITTED IN WASHINGTON, DC
‡ ADMITTED IN ECUADOR

OF COUNSEL
ALLAN J. HALL°

° ADMITTED IN GEORGIA

August 20, 2014

**VIA ECF**

The Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Harrison et al. v. American Express Travel Related Services, et al.*
No. 1:13-cv-03127 (PKC)

Dear Judge Castel:

On August 14, 2014, the Court ordered a briefing schedule on the issue of whether certain assets belonging to Bank of Khartoum are subject to turnover in this proceeding. *See* Doc. No. 277. On August 18, counsel for Bank of Khartoum provided Petitioners, for the first time, with an Amended License issued by OFAC relating to Bank of Khartoum's assets in the United States. On August 19, Petitioners were provided with the application materials relating to that Amended License. Based on Petitioners' review of these materials, it is apparent that funds belonging to Bank of Khartoum are permitted to be returned to Bank of Khartoum in Sudan. Petitioners will not be pursuing these accounts and hereby withdraw their claim to the accounts belonging to Bank of Khartoum that are the subject of these proceedings.

Petitioners submit that the briefing schedule on this issue is now moot. Accordingly, Petitioners respectfully request that the Court relieve the parties from the briefing schedule.

Respectfully submitted,

Brandon R. Levitt

cc: All counsel (via ECF)

{10300/00366823.1}