UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICK HARRISON, et al.,                     )
                                           )
        Plaintiffs,                        )
                                           )
            v.                             )
                                           )         13 Civ. 3127 (PKC)
THE BANK OF NEW YORK MELLON,               )
et al.,                                    )
                                           )
        Defendant-Third-Party Petitioner,  )
                                           )
            v.                             )
                                           )
IRAQI AIRWAYS COMPANY, et al.,             )
                                           )
        Third-Party Respondents.           )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### RESPONSE OF CAIRO AMMAN BANK TO THIRD-PARTY PETITION OF BANK OF NEW YORK MELLON FOR INTERPLEADER AND OTHER RELIEF

Third-Party Respondent Cairo Amman Bank ("CAB"), by its undersigned attorneys, responds to the Third-Party Petition of Bank of New York Mellon filed August 4, 2014 (Doc. 217) (the "Petition") as follows:

1. CAB denies knowledge or information as to the truth of the allegations in the Petition, except admits the allegations in paragraph 10 that it is a bank organized and existing under the laws of the Hashemite Kingdom of Jordan, with its principal place of business in Amman, Jordan.

2. CAB has no interest in the funds identified in Confidential Exhibit A to the Petition as delivered to CAB, nor any objection to the turnover of such funds as may be ordered by the Court.

- 2 -

3. CAB does not maintain any office, branch or other presence in the United States or transact any business here, and accordingly it provides this Response without acknowledging, and expressly reserving all objections to, the jurisdiction of this Court and any other court in the United States.

4. CAB also objects to the adequacy of service of process of the Petition.

5. CAB reserves all its rights.

Dated: September 8, 2014

ARNOLD & PORTER LLP

By: _____
Charles G. Berry
399 Park Avenue
New York, NY 10022
(212) 715-1169
charles.berry@aporter.com

*Attorneys for Respondent*
*Cairo Amman Bank*