UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RICK HARRISON, et al.,

                Plaintiffs,                13-cv-03127 (PKC)

    -against-                          ORDER

THE REPUBLIC OF SUDAN,

                Defendant.
-----------------------------------------------------------------x
RICK HARRISON, et al.,

                Petitioners,

    -against-

Commerzbank AG,

                Respondent.
-----------------------------------------------------------------x
CASTEL, U.S.D.J.

        On November 13, 2014, in response to the unopposed petition for a turnover order against respondent Commerzbank AG, the Court entered an Order requiring petitioners to show, inter alia, why they do not have the burden of proving that certain entities at issue are agencies or instrumentalities of Sudan without solely relying on the SDN List and/or an executive order. In response, petitioners retained an expert to provide evidence that a specific entity is an agency or instrumentality of Sudan. The expert has indicated that she needs additional time to conduct the research, and petitioners have requested an extension through December 21, 2014 to submit additional evidence. Petitioner's request is GRANTED.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-14

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 2, 2014