UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

                Plaintiff,              13-cv-3127 (PKC)

     -against-                         ORDER

REPUBLIC OF SUDAN,

                Defendant.
-----------------------------------------------------------x
RICK HARRISON, et al.

                Petitioners,

     -against-

AMERICAN EXPRESS TRAVEL RELATED
SERVICES, CO.; BANCO DO BRASIL, S.A.;
BANK OF AMERICA; BANK OF BARODA,
NEW YORK BRANCH; BANK OF CHINA,
NEW YORK BRANCH; BANK OF NEW YORK
MELLON; BANK OF TOKYO – MITSUBISHI
UFJ TRUST COMPANY; BARCLAYS BANK
PLC; CITIGROUP INC.; COMMERZBANK AG;
CREDIT AGRICOLE CORPORATE &
INVESTMENT BANK; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCH BANK AG
NEW YORK; DEUTSCHE BANK TRUST CO.
AMERICAS; DOHA BANK; FEDERAL
RESERVE BANK OF NEW YORK; HABIB
AMERICAN BANK; HSBC BANK, USA, N.A.;
INTERAUDI BANK; INTESA SANPAOLO
S.P.A.; JP MORGAN CHASE & CO.; PNC
BANK, N.A.; RBS CITIZENS, N.A.; SOCIETE
GENERALE; STANDARD CHARTERED
BANK; STATE BANK OF INDIA; SUMITOMO
MITSUI BANKING CORP.; THE ROYAL BANK
OF SCOTLAND N.V.; UNITED BANK
LIMITED; WELLS FARGO BANK, N.A.,

                Respondents/Garnishees.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-15

- 2 -

CASTEL, U.S.D.J.

This Court's May 15, 2014 Order with Respect to Giving Notice of Turnover Proceeding ("Notice Order") set forth procedures for notifying and/or joining third parties who may claim an interest in the blocked assets held at certain respondent banks and sought by petitioners to enforce a judgment against the Republic of Sudan. (Dkt. 120.) Paragraph 9 of the Notice Order authorized respondent banks to file interpleader petitions against third party claimants to certain of the assets at issue in this proceeding. (Id.) If a third party respondent has been properly served and has failed to respond, third party petitioners shall apply for a certificate of default within 14 days of this Order and move for a default judgment within 21 days thereafter.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 12, 2015