UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

                    Plaintiffs,              13-cv-03127 (PKC)

      -against-                          ORDER

THE REPUBLIC OF SUDAN,

                    Defendant.
-----------------------------------------------------------x
RICK HARRISON, et al.,

                    Petitioners,

      -against-

Commerzbank AG,

                    Respondent.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-15
```

CASTEL, U.S.D.J.

       Presently before the Court is an unopposed petition for a turnover order against respondent Commerzbank AG ("Commerzbank"). The original petition asserted that three separate entities with accounts blocked at Commerzbank were agencies or instrumentalities of the Republic of Sudan, such that their assets could be executed against by petitioners to enforce a judgment obtained against Sudan. (Dkt. 313.) In supplemental submissions petitioners dropped their claims against two of the entities, and now only seek to execute against assets in a blocked account of the Islamic Cooperative Development Bank. (See dkt 341, 345.)

       Petitioners are directed to give notice of their turnover petition to the Islamic Cooperative Development Bank within seven (7) days of this Order. Service may be made by fax or mail to the address appearing on ECF document number 319.

The Islamic Cooperative Development Bank, presently named the AlNile Bank for Commerce and Development, has been ordered to appear before the Court for an evidentiary hearing on April 22, 2015, at 10:30 AM, as to the objections it filed with respect to accounts held at Citibank N.A. and Standard Chartered Bank. Commerzbank is permitted to participate in this evidentiary hearing and the accounts at Commerzbank will be adjudicated at that hearing.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March 12, 2015