UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

RICK HARRISON, ET AL.,

        Plaintiffs,        Case No. 1:13-cv-03127 (PKC)

  -against-

REPUBLIC OF SUDAN,        <u>DECLARATION OF SERVICE</u>

        Defendant,
───────────────────────────────────────────

RICK HARRISON, ET AL.,

        Petitioners,

  -against-

AMERICAN EXPRESS TRAVEL RELATED SERVICES, CO.; BANCO DO BRASIL, S.A. BANK OF AMERICA; BANK OF BARODA, NEW YORK BRANCH; BANK OF CHINA, NEW YORK BRANCH; BANK OF NEW YORK MELLON; BANK OF TOKYO – MITSUBISHI UFJ TRUST COMPANY; BARCLAYS BANK PLC; CITIGROUP INC.; COMMERZBANK AG CREDIT AGRICOLE CORPORATE & INVESTMENT BANK; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCH BANK AG NEW YORK; DEUTSCHE BANK TRUST CO. AMERICAS; DOHA BANK; FEDERAL RESERVE BANK OF NEW YORK; HABIB AMERICAN BANK; HSBC BANK, USA, N.A.; INTERAUDI BANK; INTESA SANPAOLO S.P.A.; JP MORGAN CHASE & CO.; PNC BANK, N.A.; RBS CITIZENS, N.A.; SOCIETE GENERALE; STANDARD CHARTERED BANK; STATE BANK OF INDIA; SUMITOMO MITSUI BANKING CORP.; THE ROYAL BANK OF

SCOTLAND N.V.; UNITED BANK
LIMITED; WELLS FARGO BANK, N.A.,

        Respondents/Garnishees.
_____

THE BANK OF NEW YORK MELLON,

        Third-Party Petitioner,

  -against-

RICK HARRISON, ET AL.,

        Counterclaim Respondents,

  -and-

IRAQI AIRWAYS COMPANY; EL NILEIN
INDUSTRIAL DEVELOPMENT BANK GROUP;
THE CAIRO AMMAN BANK; BANQUE DU
CAIRE; BYBLOS BANK EUROPE SA,
BELGIUM; KOREA EXCHANGE BANK;
CENTRAL BANK OF SUDAN; AL SHAMAL
ISLAMIC BANK; SUDANESE LIBYAN
INVESTMENT & DEVELOPMENT
COMPANY LTD.,

        Third-Party Respondents.
_____

    GREGORY P. FEIT hereby declares under penalty of perjury as follows:

    1.    I am over eighteen years of age and am not a party to this action.  I am an associate at Levi Lubarsky & Feigenbaum LLP ("LLF"), attorneys for respondent/third-party petitioner The Bank of New York Mellon.

    2.    On August 18, 2014, pursuant to the Order with Respect to Giving Notice of Turnover Proceeding dated May 15, 2014 (the "Notice Order"), I served, by the means set forth in ¶3 below, the following documents to the entities identified in ¶4 below:  (i) the Summons on a Third-Party Complaint (with Rider annexed thereto); (ii) the Third-Party Petition of Respondent The Bank of New York Mellon for Interpleader and Other Relief dated August 8, 2014 (with Exhibits annexed thereto), (iii) the Electronic Case Filing Rules and Instruction of the United States District Court for the Southern District of New York (the "SDNY"), (iv) the Individual Practices of Judge P. Kevin Castel, (those Individual Practices and all of the preceding

2

documents being referred to collectively as the "Service Documents"), and (v) to the extent the Service Documents were sent to a person or entity alleged to be an agency or instrumentality of the Republic of Sudan ("Sudan"), Arabic translations of the Service Documents.

       3.       The Service Documents were served on the entities identified in ¶4 at their corresponding addresses (the "Service Entities") by (i) enclosing true copies of the documents (and to the extent the Service Documents were sent to a person or entity alleged to be an agency or instrumentality of Sudan, Arabic translations of the Service Documents) in a DHL envelope, with payment authorization, addressed to the Service Entities, and (ii) either (a) arranging for pickup of the sealed envelopes, bearing DHL waybills reflecting the names and corresponding addresses of the Service Entities, by an employee of DHL at LLF's offices for delivery to the Service Entities, or (b) as appropriate, based upon the nature of the Service Entities, by personally delivering the envelopes, bearing DHL waybills reflecting the names and corresponding addresses of the Service Entities, along with all other necessary ancillary documents, to the Clerk of Court's Office for the SDNY for foreign mailing to the Service Entities by the Clerk of Court.

       4.       The Service Entities and their respective addresses are as follows:

    Iraqi Airways Company
    Attention:  Saad Al-Khafaji , CEO
    Baghdad International Airport
    Baghdad 10023, Iraq

    El Nilein Industrial Development Bank Group
    Attention:  Wagie Alla El Naw, Managing Director
    United Nations Square
    P.O. Box 1722
    Khartoum 11111, Republic of Sudan

    The Cairo Amman Bank
    Attention:  Kamal Ghareeb Al-Bakri, General Manager
    Arar Street, Wadi Saqra
    P.O. Box 950661
    Amman 11195, Jordan

    Central Bank of Sudan
    Attention:  Abdelrahman Hassan Abdelrahman Hashim, Governor
    Gamhoria Street - Almogran
    P. O. Box 313
    Khartoum 11113, Republic of Sudan

    Al Shamal Islamic Bank
    Attention:  Hassan Mohamed Al-Hassan El-amien, General Manager
    Al Shamal Islamic Bank Tower
    El Sayed Abdurrahman Street

       P.O. Box 10036
       Khartoum 11111, Republic of Sudan

       Sudanese Libyan Investment & Development Company Ltd.
       Attention: Almargani Ramdan Alaskari
       Al Amarat St. (7) House, Block 10/a
       P.O. Box 2996
       Khartoum 11111, Republic of Sudan

5. Annexed collectively as Exhibit 1 are (i) copies of the DHL waybills for each of the above-described envelopes, and (ii) copies of the confirmations of delivery of the corresponding envelopes to each of the Service Entities at the above addressees, as received by my office by e-mails from DHL.

6. On August 18, 2014, pursuant to the Notice Order, I served, by the means set forth in ¶7 below, the following documents to the entities identified in ¶8 below: (i) the Summons on a Third-Party Complaint (with Rider annexed thereto); (ii) the Third-Party Petition of Respondent The Bank of New York Mellon for Interpleader and Other Relief dated August 8, 2014 (with Exhibits annexed thereto), (iii) the Electronic Case Filing Rules and Instruction of the United States District Court for the Southern District of New York (the "SDNY"), (iv) the Individual Practices of Judge P. Kevin Castel, (those Individual Practices and all of the preceding documents being referred to collectively as the "Service Documents"), and (v) to the extent the Service Documents were sent to a person or entity alleged to be an agency or instrumentality of Sudan, and to the extent other translations were required pursuant to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (the "Hague Convention"), Arabic and other translations of the Service Documents.

7. The Service Documents were served on the entities identified in ¶8 at their corresponding addresses (the "Additional Service Entities") by delivering true copies of the documents (and to the extent the Service Documents were sent to a person or entity alleged to be an agency or instrumentality of Sudan, and to the extent other translations were required pursuant to the Hague Convention, Arabic and other translations of the Service Documents) to a vendor authorized to initiate service pursuant to the Hague Convention on behalf of The Bank of New York Mellon, and then, after initiation of such service, by the personal delivery to an officer or authorized employee of the Additional Service Entities by a representative of the Central Authority of the relevant foreign governments, pursuant to the Hague Convention.

8. The Additional Service Entities and their respective addresses are as follows:

       Banque du Caire
       Attention: Mounir El Zahid, CEO
       6 Dr. Mostafa Abu Zahra Street
       Nasr City, Cairo 11371, Egypt

       Byblos Bank Europe SA, Belgium
       Attention: Fouad Nicolas Trad, CEO

      Rue Montoyer 10, Bte. 3
      1000 Brussels, Belgium

9.     Annexed collectively as Exhibit 2 are copies of Hague Convention service materials from the Central Authority of the relevant foreign governments reflecting completed service upon the Additional Service Entities pursuant to the Hague Convention.

\*   \*   \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on March 24, 2015.

_____
Gregory P. Feit