# EXHIBIT 1



**EXPRESS WORLDWIDE**
DHL Online

XPD

DHL EXPRESS

**From:** LEVI LUBARSKY & FEIGENBAUM
Steven Feigenbaum Phone: 212-308-6100
1185 AVE OF THE AMERICAS FL 17
NEW YORK NY 10036
**United States**

Origin:
**ZYP**

To: Iraqi Airways Company
Baghdad International Airport
Saad Al-Khafaji, CEO

**10023, BAGHDAD**
**Iraq**

Contact:
964 1 537 2002

IQ-BGW-ICO

[redacted]

Day
Time:

Ref-Code: 1096.079
Date: 2014-08-18
Shpt Weight: **0.5 lb**
Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents

WAYBILL 80 5545 8471

(2L)IQ10023+32000000

(J)JD01 4600 0009 8643 1585

Please fold or cut in half

DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, August 31, 2014 6:41 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 8055458471 |

Notification for shipment event group "Delivered " for 31 Aug 14.

---

AWB Number: 8055458471
Pickup Date: 2014-08-18 17:47:00
Service: X
Pieces: 1
Cust. Ref: 1096.079
Description: LEGAL DOCUMENTS

---

Ship From:

LEVI LUBARSKY & FEIGENBAUM
1185 AVE OF THE AMERICAS FL 17
NEW YORK, NYNY 10036
US

Ship To:

IRAQI AIRWAYS COMPANY
BAGHDAD INTERNATIONAL AIRPORT
SAAD AL-KHAFAJI, CEO
BAGHDAD, 10023
IQ

EVENT CATEGORY
**31 Aug 14 1:26 PM Shipment delivered - BAGHDAD,IRAQ**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

1





**EXPRESS WORLDWIDE**
DHL Online

XPD

DHL EXPRESS

**From:** LEVI LUBARSKY & FEIGENBAUM
Steven Feigenbaum Phone: 212-308-6100
1185 AVE OF THE AMERICAS FL 17
NEW YORK NY 10036
**United States**

Origin:
**ZYP**

To: El Nilein Ind. Development Bank
United Nations Square
Attn: Wagie Alla El Naw, Man. Dir.
P.O. Box 1722
**11111, KHARTOUM**
**Sudan**

Contact:
249 11 783111

SD-KRT-KRT

**SX**

Day Time:

Ref-Code: 1096.079

Date: 2014-08-18

Shpt Weight: **0.5 lb**

Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents

WAYBILL 80 5547 0603

(2L)SD11111+32000064

(J)JD01 4600 0009 8643 3100

Please fold or cut in half

DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, September 21, 2014 11:23 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 8055470603 |

Notification for shipment event group "Delivered " for 21 Sep 14.

---

AWB Number: 8055470603
Pickup Date: 2014-08-19 15:28:00
Service: X
Pieces: 1
Cust. Ref: 1096.079
Description: LEGAL DOCUMENTS

---

Ship From:
LEVI LUBARSKY & FEIGENBAUM
1185 AVE OF THE AMERICAS FL 17
NY NY
NEW YORK, NYNY 10036
US

Ship To:
EL NILEIN IND. DEVELOPMENT BANK
UNITED NATIONS SQUARE
ATTN: WAGIE ALLA EL NAW, MAN. DIR. SD
KHARTOUM, SD 11111
SD

EVENT CATEGORY
**21 Sep 14 1:25 PM Shipment delivered - KHARTOUM,SUDAN**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications



**EXPRESS WORLDWIDE**
DHL Online

XPD

**From:** LEVI LUBARSKY & FEIGENBAUM
Steven Feigenbaum Phone: 212-308-6100
1185 AVE OF THE AMERICAS FL 17
NEW YORK NY 10036
**United States**

Origin:
**ZYP**

To: The Cairo Amman Bank
Arar Street, Wadi Saqra
Kamal Ghareeb Al-Bakri, GM
P.O. Box 950661
**AMMAN**
**Jordan**

Contact:
06 5006000

# JO-AMM-JCO

[redacted]

Day Time:

| Ref-Code: 1096.79 | Date: 2014-08-18 | Shpt Weight: **0.5 lb** | Piece: **1/1** |
|---|---|---|---|

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents

WAYBILL 80 5547 5993

(2L)JO+32000000

(J)JD01 4600 0009 8643 3715

Please fold or cut in half

DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Thursday, August 21, 2014 3:55 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 8055475993 |

Notification for shipment event group "Delivered " for 21 Aug 14.

---

AWB Number: 8055475993
Pickup Date: 2014-08-18 17:47:00
Service: X
Pieces: 1
Cust. Ref: 1096.79
Description: LEGAL DOCUMENTS

---

| Ship From: | Ship To: |
|---|---|
| LEVI LUBARSKY & FEIGENBAUM<br>1185 AVE OF THE AMERICAS FL 17<br>NEW YORK, NYNY 10036<br>US | THE CAIRO AMMAN BANK<br>ARAR STREET, WADI SAQRA<br>KAMAL GHAREEB AL-BAKRI, GM<br>AMMAN,<br>JO |

EVENT CATEGORY
**21 Aug 14 10:41 AM Shipment delivered - AMMAN,,JORDAN**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

| EXPRESS WORLDWIDE<br>DHL Online | XPD | DHL EXPRESS |
|---|---|---|
| **From:** LEVI LUBARSKY & FEIGENBAUM<br>Steven Feigenbaum  Phone: 212-308-6100<br>1185 AVE OF THE AMERICAS FL 17<br>NEW YORK NY 10036<br>**United States** | | Origin:<br>**ZYP** |

**To:** Central Bank of Sudan
Gamhoria Street - Almogran
Abdelrahman Hashim, Governor
P. O. Box 313
**11113, KHARTOUM**
Sudan

Contact:
(249) 18705 6040

## SD-KRT-KRT

**SX**      Day      Time:

Ref-Code: 1096.079    Date: 2014-08-18    Shpt Weight: **0.5 lb**    Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents



WAYBILL 80  5549  2852

(2L)SD11113+32000064

(J)JD01 4600 0009 8643 5740

**DO NOT PHOTOCOPY** — Please fold or cut in half
Using a photocopy could delay the delivery of your package and will result in additional shipping charge. Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.



| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, September 21, 2014 11:23 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 8055492852 |

Notification for shipment event group "Delivered " for 21 Sep 14.

---

AWB Number: 8055492852
Pickup Date: 2014-08-19 15:28:00
Service: X
Pieces: 1
Cust. Ref: 1096.079
Description: LEGAL DOCUMENTS

---

Ship From:
LEVI LUBARSKY & FEIGENBAUM
1185 AVE OF THE AMERICAS FL 17
NY NY
NEW YORK, NYNY 10036
US

Ship To:
CENTRAL BANK OF SUDAN
GAMHORIA STREET - ALMOGRAN
ABDELRAHMAN HASHIM, GOVERNOR SD
KHARTOUM, SD 11113
SD

EVENT CATEGORY
**21 Sep 14 12:43 PM Shipment delivered - KHARTOUM,SUDAN**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

1

| EXPRESS WORLDWIDE<br>DHL Online | XPD | DHL EXPRESS |
|---|---|---|
| **From:** LEVI LUBARSKY & FEIGENBAUM<br>Steven Feigenbaum  Phone: 212-308-6100<br>1185 AVE OF THE AMERICAS FL 17<br>NEW YORK NY 10036<br>**United States** | | Origin:<br>**ZYP** |

To: Al Shamal Islamic Bank
Al Shamal Islamic Bank Tower
El Sayed Abdurrahman Street
P.O. Box 10036
**KHARTOUM**
Sudan

Contact:
Hassan El-amien, GM
249 183-779078

## SD-KRT-KRT

**SX**   Day   Time:

Ref-Code:  1096.079   Date: 2014-08-18   Shpt Weight: **0.5 lb**   Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents



WAYBILL 55  3350  1746

(2L)SD+32000064

(J)JD01 4600 0009 8643 6816

Please fold or cut in half
**DO NOT PHOTOCOPY**
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.



| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Sunday, August 24, 2014 3:02 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 5533501746 |

Notification for shipment event group "Delivered " for 24 Aug 14.

---

AWB Number: 5533501746
Pickup Date: 2014-08-18 17:47:00
Service: X
Pieces: 1
Cust. Ref: 1096.079
Description: LEGAL DOCUMENTS

---

Ship From:

LEVI LUBARSKY & FEIGENBAUM
1185 AVE OF THE AMERICAS FL 17
NEW YORK, NYNY 10036
US

Ship To:

AL SHAMAL ISLAMIC BANK
AL SHAMAL ISLAMIC BANK TOWER
EL SAYED ABDURRAHMAN STREET
KHARTOUM,
SD

EVENT CATEGORY
**24 Aug 14 9:47 AM Shipment delivered - KHARTOUM,SUDAN**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

| EXPRESS WORLDWIDE<br>DHL Online | XPD | DHL EXPRESS |
|---|---|---|

**From:** LEVI LUBARSKY & FEIGENBAUM
Steven Feigenbaum  Phone: 212-308-6100
1185 AVE OF THE AMERICAS FL 17
NEW YORK NY 10036
**United States**

Origin:
**ZYP**

**To:** Sudanese Libyan Invt. & Dev. Co.
Al Amarat St. (7) House, Block 10/a
Almargani Ramdan Alaskari
P.O. Box 2996
**11111, KHARTOUM**
**Sudan**

Contact:
249 - 183 - 471468

## SD-KRT-KRT

**SX**

Day    Time:

Ref-Code:  1096.079         Date: 2014-08-18    Shpt Weight: **0.5 lb**    Piece: **1/1**

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content:
Legal Documents



WAYBILL 55   3350   8842

(2L)SD11111+32000064

(J)JD01 4600 0009 8643 7638

Please fold or cut in half
**DO NOT PHOTOCOPY**
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.



| | |
|---|---|
| **From:** | DHL Customer Support <support@dhl.com> |
| **Sent:** | Saturday, August 23, 2014 3:11 AM |
| **To:** | Gregory P. Feit |
| **Subject:** | DHL Shipment Notification : 5533508842 |

Notification for shipment event group "Delivered " for 23 Aug 14.

---

AWB Number: 5533508842
Pickup Date: 2014-08-18 17:47:00
Service: X
Pieces: 1
Cust. Ref: 1096.079
Description: LEGAL DOCUMENTS

---

Ship From:

LEVI LUBARSKY & FEIGENBAUM
1185 AVE OF THE AMERICAS FL 17
NEW YORK, NYNY 10036
US

Ship To:

SUDANESE LIBYAN INVT. & DEV. CO.
AL AMARAT ST. (7) HOUSE, BLOCK 10/A
ALMARGANI RAMDAN ALASKARI
KHARTOUM, 11111
SD

EVENT CATEGORY
**23 Aug 14 9:49 AM Shipment delivered - KHARTOUM,SUDAN**

---

Shipment status may also be obtained from our Internet site in USA under http://track.dhl-usa.com or Globally under http://www.dhl.com/track.

Please do not reply to this email. This is an automated application used only for sending proactive notifications

1