# EXHIBIT 2

Page 1 of 1

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICK HARRISON, et al.<br>Plaintiff<br>v.<br>THE BANK OF NEW YORK MELLON, et al.<br>Defendant, Third-party plaintiff<br>    PLAINTIFF/PETITIONER<br>VS.<br>IRAQI AIRWAYS COMPANY, et al<br>Third-party defendants<br>    DEFENDANT/RESPONDENT | CAUSE #: 13 Civ. 3127 (PKC)<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 30273836

**ORIGINAL PROOF OF SERVICE**

LEVI LUBARSKY & FEIGENBAUM LLP
1185 AVENUE OF TH AMERICAS 17TH FLOOR
NEW YORK, NY 10036
212 308 6100

Page 1 of 1



633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
**LEVI LUBARSKY & FEIGENBAUM LLP**
**1185 AVENUE OF TH AMERICAS**
**17TH FLOOR**
**NEW YORK, NY 10036**

Account #: 102412          Phone: 212 308 6100
Client Attn:
Order Attn: GREG FEIT

INVOICE #: **30273836**



DATE:       Nov 13 2014
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | RICK HARRISON, et al. Plaintiff vs. IRAQI AIRWAYS COMPANY, et al Third-party defendants |
| CASE NUMBER: | 13 Civ. 3127 (PKC)          HEARING DATE: |
| SERVEE: | BYBLOS BANK EUROPE SA, BELGIUM |
| PERSON SERVED: | MARIE LAURE POETE |
| SERVICE DATE: | Sep 29 2014 12:00AM    SERVED BY: |
| SERVICE ADDRESS: | ATTENTION: FOUAD NICOLAS TRAD, CEO RUE MONTOYER 10, BTE. 3 1000 BRUSSELS, BELGIUM |
| DOCUMENTS: | SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD-PARTY PETITION OF RESPONDENT THE BANK OF NEW YORK MELLON FOR INTERPLEADER AND OTHER RELIEF WITH EXHIBITS A AND B; ECF RULES; JUDGES RULES (SUBMITTED IN DUPLICATE WITH TRANSLATONS) |

**SERVICE NOTE**

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**
:

| SERVICE PERFORMED | NOTE | | RATE |
|---|---|---|---|
| International Services | | | 450.00 |
| | | SUB TOTAL | 450.00 |
| | | PREPAID RETAINER | 450.00 |
| | | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.                       Page 1 of 1
                                                                  OR_PFI_INV

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _29/09/14_
   at (place, street, number) _1000 Bruxelles, Rue Montoyer 10_

   in one of the following methods authorized by article 5:

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _Mme POETE Marie-Laure_

   relationship to the addressee family, (business), or other

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

Done at _BXL_, the _29/9/2014_

Signature and/or stamp

In appropriate cases, documents establishing the service:

TRACKING #: 30273836

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | LE MINISTERE DE LA JUSTICE<br>ADMINISTRATION DE LA LEGISLATION<br>115 BLV DE WATERLOO<br>BRUXELLES 1000 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**BYBLOS BANK EUROPE SA, BELGIUM**
**ATTENTION: FOUAD NICOLAS TRAD, CEO**
**RUE MONTOYER 10, BTE. 3**
**1000 BRUSSELS**
**BELGIUM**

DOB:                    Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents — and of the annexes* — with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD-PARTY PETITION OF RESPONDENT THE BANK OF NEW YORK MELLON FOR INTERPLEADER AND OTHER RELIEF WITH EXHIBITS A AND B; ECF RULES; JUDGES RULES (SUBMITTED IN DUPLICATE WITH TRANSLATONS)

Done at Seattle, Washington USA, on Aug 19 2014

Signature and/or stamp

*[signed]*

PFI | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 30273836

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:    Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

RICK HARRISON, et al.      vs.      IRAQI AIRWAYS COMPANY, et al
Plaintiff                                                   Third-party defendants
v.
THE BANK OF NEW YORK MELLON, et al.
Defendant, Third-party plaintiff

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Third-party defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Third-party plaintiff is seeking interpleader and other relief, amount to be determined in court.

Date and place for entering appearance:*
Third-party defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
     Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



Embassy of the United States of America

Cairo, Egypt
November 10, 2014

Mr. Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Dear Mr. Hamilton,

    This is in reference to your request regarding serving the legal documents to the Banque Du Caire, located at 6 Dr. Mostafa Abu Zahra Street, Nasr City, attention Mr. Mounir El Zahid.

We hereby return the documents which were sent by your office for service, along with a translation of the Diplomatic note from the Egyptian Ministry of Foreign Affairs indicating that the documents were served to the pertaining employee Mr. Said Eid, at the bank's new address, 271 Port Said Street, Sayeda Zeinab, Cairo, Egypt.

I have attached an unofficial translation of the Diplomatic Note for you.

Sincerely,

Scott Norris
ACS Chief

Enclosures: As stated



PFI | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | LEVI LUBARSKY & FEIGENBAUM LLP<br>1185 AVENUE OF TH AMERICAS<br>17TH FLOOR<br>NEW YORK, NY 10036 |
|---|---|

INVOICE #: **30273835**

DATE: Dec 18 2014
BILL REF:

Account #: 102412   Phone: 212 308 6100
Client Attn:
Order Attn: GREG FEIT

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | RICK HARRISON, et al. Plaintiff vs. IRAQI AIRWAYS COMPANY, et al Third-party defendants |
| CASE NUMBER: | 13 Civ. 3127 (PKC)    HEARING DATE: |
| SERVEE: | BANQUE DU CAIRE |
| PERSON SERVED: | SERVED BY THE EGYPTIAN AUTHORITIES |
| SERVICE DATE: | SERVED BY: |
| SERVICE ADDRESS: | ATTENTION: MOUNIR EL ZAHID, CEO 6 DR. MOSTAFA ABU ZAHRA STREET NASR CITY CAIRO, 11371 EGYPT |
| DOCUMENTS: | SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD-PARTY PETITION OF RESPONDENT THE BANK OF NEW YORK MELLON FOR INTERPLEADER AND OTHER RELIEF WITH EXHIBITS A AND B; ECF RULES; JUDGES RULES (SUBMITTED IN DUPLICATE WITH TRANSLATONS) |

**SERVICE NOTE**

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**
:

| SERVICE PERFORMED | NOTE | | RATE |
|---|---|---|---|
| International Services | | | 450.00 |
| | | SUB TOTAL | 450.00 |
| | | PREPAID RETAINER | 450.00 |
| | | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

<u>Unofficial Translation</u>

Ministry of Foreign Affairs
Consular Department
Foreigners' Affairs

Date: October 10, 2014
Registry No.: 5764
Enclosures: Judicial Documents

The Ministry of Foreign Affairs of the Arab Republic of Egypt (Consular Affairs for Foreigners & Legalization) presents its compliments to the Embassy of the United States of America in Cairo.

In reference to the request of the United States District Court for Southern District of New York, regarding serving legal documents to the Banque Du Caire.

The Ministry is honored to inform you that they received the Ministry of Justice (International Cooperation Division) note indicating that the documents were served to the pertaining bank employee as stated in the enclosed service report.

The Ministry of Foreign Affairs avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

To the American Embassy in Cairo.

Ministry of Foreign Affairs' stamp



وزارة الخارجية
الشئون القنصلية للأجانب والتصديقات

رقم القيد: ٦٤٧ه   التاريخ: ١٤/١٠/٢٠١٤
المرفقات: أوراق قضائية

تهدى وزارة خارجية جمهورية مصر العربية (الشئون القنصلية للأجانب والتصديقات) أطيب تحياتها إلى سفارة الولايات المتحدة الأمريكية الموقرة بالقاهرة ؛

بالاشارة إلى طلب المحكمة الاقليمية الامريكية لمقاطعة نيويورك الجنوبية –الوارد الى وزارة العدل بتاريخ ١٩/٨/٢٠١٤والخاص بإعلان / بنك القاهرة .

تتشرف بالإفادة بأنه ورد إلى الإدارة كتاب وزارة العدل (قطاع التعاون الدولى) والمتضمن تمام الاعلان مع الموظف المختص كالثابت بمحضر الاعلان المرفق .

وتنتهز وزارة خارجية جمهورية مصر العربية (الشئون القنصلية للأجانب والتصديقات ) هذه الفرصة لتعرب للسفارة الموقرة عن وافر تقديرها واحترامها .

إلى سفارة الولايات المتحدة الأمريكية الموقرة بالقاهرة .

وزارة الخارجية –شئون الاجانب والتصديقات – ٧ ش لاظوغلى – جاردن سيتى
ت / ٢٧٩٤٢٧٨٢   ف / ٢٧٩٤٩٩٠١

وزارة العدل
مكتب الوزير
الإدارة العامة للتعاون الدولي والثقافي
قسم الترجمة

ملف رقم: ..................

اللغة المترجمة: ..................

١ـ مرجع الجهة الطالبة: ..................

٢ـ الجهة الطالبة: المحكمة الاقليمية الامريكية لمقاطعة نيويورك الجنوبية

٣ـ الجهة المرسل إليها: وزارة العدل ـ سايبر لاونجك
شارع جلال الحصب ـ القاهرة ـ مصر

٤ـ الموضوع: الاتفاقية الموقعة في لاهاى في نوفمبر ١٩٦٥ بشأن إعلان الأوراق القضائية أو غير القضائية في المواد المدنية أو التجارية بالخارج.

٥ـ المرسل إليه: نبيلة القاهرة ـ ٦ شارع الدكتور مصطفى ابو زهرة
مدينة نصر ـ القاهرة ١١٣٧١ ـ مصر

أتشرف بأن أرسل إليكم حافظة الإرجاع هذه من نسختين وتتضمن الأوراق القضائية وبيان عناصرها الأساسية.

وأكون شاكراً لتسليم صورة منها للمرسل إليه بالتسليم العادى

طبقاً لنصوص المادة الخامسة من الاتفاقية

طبقاً للشكل الخاص العالى

توجد حافظة ارجاع بظاهرة

نرجو إرسال حافظة الإرجاع هذه مباشرة مع نسختين من الأوراق عند الاقتضاء

سختين من مرفقاتها أيضاً إلى الطالب الوارد عنوانه ظهر هذه النسخة

مع وافر التحية

القائم بالترجمة
يعتمد
أمانى أحمد عزت
النقيب /
C.١٤/٨/١٥

حاتم ك
C.١٤/٨/٢٩



محضر اثبات

انه في يوم ١٢ الخميس الموافق ١١/٩/٢٠١٤ حضر بمكتب سيادته ...

١) مصطفى السيد علي ابراهيم م/ سيد عيد المحامي بالاسكندرية

وتقدم بالاسم بركته له / مصطفى ابراهيم السيد خليفه

١
حرر
سيد عيد ٢٠١٤
٩/١١

وزارة العدل
مكتب الوزير
الإدارة العامة للتعاون الدولي والثقافي
قسم الترجمة

البلد: الولايات المتحدة الأمريكية

١- المرسل إليه: نبلاء القاهرة
عنوانـــه: ٦ شارع الدكتور مصطفى أبو زهرة - مدينة نصر - القاهرة - ١١٣٧١ - مصر

٢- بطاقة تفصيلية ببيان العناصر الأساسية (الأوراق المطلوب إعلانها)

٣- الجهة الطالبة: المحكمة الإقليمية الأمريكية لمقاطعة نيويورك الجنوبية

٤- شخصية الأطراف
المدعي: ريلي صارنوس واخروه
المطلوب إعلانه: نبلاء القاهرة - ٦ شارع الدكتور مصطفى أبو زهرة
٥- مدينة نصر - القاهرة ١١٣٧١ - مصر .   أوراق قضائية

(أ) طبيعة موضوع الأوراق: سداد مبلغ المدين الوارد ذكرها بالمستندات .
(ب) موضوع الدعوى وعند الاقتضاء قيمة النزاع:
(ج) تاريخ ومكان الحضور المقرر بالرد خلال ٢١ يوماً من استلامكم الأوراق أو ٦٠ يوماً
(د) المواعيد المحددة في الأوراق في حالة وجودكم في الولايات المتحدة الأمريكية ،
الحكم يتعين الجهة التي أصدرته والتاريخ في حالة عدم الرد سيصدر ضدكم حكم غيابي

٦- فيما كتب للإنصاف المطالب به في شكوى الطرف الثالث   أوراق غير قضائية
(أ) طبيعة وموضوع الأوراق:
(ب) المواعيد المحددة في الأوراق:

القائم بالترجمة
حاتم ...
٢٠١٤/٨/٢٩

يعتمد
أ. أحمد عوده
مشرف نوبة ٢٠١٤/٨/٢٦

محضر إثبات إنتقال

أنه في يوم الأحد الموافق ٣ ، ٩ ، ٢٠١٤م بمكتب الأستاذ/ مصطفى الدرومه م . شهر أول
كاتب الطابع

إنتقلت أنا / مرسيان معاون تنفيذ محكمة مصر شهر أول
لإعلان لإعلان بنك القاهرة مخاطبا مع لم تبلغ للإجابة
وترسل السلم / بدت بدون إعلان المعلن / مرسيان
ور

إجابة

- هذه القاهرة ترك المحضر بهذا العنوان بالنسبة لرئيس مجلس
ا لبركة والشئون القانونية الخاصة بالبنك ومقرها الحالي
CV/١ شارع بورسعيد. أعلى فرع بنك القاهرة السيدة زينب
- وتبع محضري السيدة زينب ويحول للمحضري السيدة زينب
- لإختصاص الحى مرسيان

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE OF EGYPT<br>MAGLES EL SAEB ST.<br>WEZARET AL ADL<br>CAIRO |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**BANQUE DU CAIRE**
**ATTENTION: MOUNIR EL ZAHID, CEO**
**6 DR. MOSTAFA ABU ZAHRA STREET**
**NASR CITY**
**CAIRO 11371**
**EGYPT**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:
SUMMONS ON A THIRD-PARTY COMPLAINT; THIRD-PARTY PETITION OF RESPONDENT THE BANK OF NEW YORK MELLON FOR INTERPLEADER AND OTHER RELIEF WITH EXHIBITS A AND B; ECF RULES; JUDGES RULES (SUBMITTED IN DUPLICATE WITH TRANSLATONS)

Done at Seattle, Washington USA, on Aug 19 2014

Signature and/or stamp

*Rick Hamilton* [signature]

**PFI** | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 30273835

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:  Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

RICK HARRISON, et al.                    vs.    IRAQI AIRWAYS COMPANY, et al
Plaintiff                                       Third-party defendants
v.
THE BANK OF NEW YORK MELLON, et al.
Defendant, Third-party plaintiff

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Third-party defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Third-party plaintiff is seeking interpleader and other relief, amount to be determined in court.

Date and place for entering appearance:*
Third-party defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a