UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICK HARRISON, et al.,                              :
                                                    :        Case No. 13-CV-03127 (PKC)
                          Plaintiffs,               :
                                                    :        **NOTICE OF MOTION**
        - against -                                 :
                                                    :
REPUBLIC OF SUDAN,                                  :
                                                    :
                          Defendant.                :
                                                    :
-------------------------------------------------------------X
                                                    :
RICK HARRISON, et al.,                              :
                                                    :
                          Petitioners,              :
                                                    :
        - against -                                 :
                                                    :
REPUBLIC OF SUDAN,                                  :
                                                    :
                          Respondents/Garnishees.   :
                                                    :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, in accordance with the Court's prior Orders (Dkt. Nos. 396, 398, 401, 404, 406, and 408) and the Court's directive at the July 6, 2016 conference (the "Conference"), and upon the accompanying Memorandum of Law, the Statement of Undisputed facts, the Declaration of Roarke Maxwell dated August 26, 2016 plus the exhibits thereto and all of the papers and proceedings previously had herein, Plaintiffs/Petitioners Rick Harrison et al. ("Petitioners") will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's directive at the Conference, opposing affidavits and answering memoranda of law, if any, must be served on or before September 16, 2016.

Dated: New York, New York
August 26, 2016

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By  /s/ Edward H. Rosenthal
Edward H. Rosenthal, Esq.
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Ave, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax:     (212) 593-9175

Andrew C. Hall, Esq.*
Roarke Maxwell, Esq.*
HALL, LAMB and HALL, P.A.
Grand Bay Plaza, Penthouse One
2665 South Bayshore Drive
Miami, Florida, 33133
Phone: (305) 374-5030
Fax:     (305) 374-5033
* admitted *pro hac vice*

*Attorneys for Plaintiffs/Petitioners*