UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICK HARRISON, et al.,                     :
                                           :     Case No. 13-CV-03127 (PKC)
                Plaintiffs,     :
                                           :
   - against -                             :
                                           :
REPUBLIC OF SUDAN,                         :
                                           :
                Defendant.      :
                                           :
------------------------------------------------------------X
                                           :
RICK HARRISON, et al.,                     :
                                           :
                Petitioners,    :
                                           :
   - against -                             :
                                           :
REPUBLIC OF SUDAN,                         :
                                           :
               Respondents/Garnishees.    :
                                           :
------------------------------------------------------------X

## **DECLARATION OF ROARKE MAXWELL, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

      1.      I am an attorney admitted to practice law before the courts of the State of Florida. I am associated with the law firm of Hall, Lamb & Hall, P.A., attorneys for the Plaintiffs-Petitioners herein.

      2.      This Declaration is being filed in support of Petitioners' Motion for Partial Summary Judgment. I have personal knowledge of the matters and facts set forth in this Declaration and I am competent to testify thereto.

      3.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Benaiah Yongo-Bure, an expert retained by the Petitioners in this matter.

1

4. Having reviewed the Court file for the purposes of the preparation of this Declaration, I declare that I have found no evidence that El Nilein Industrial Development Bank Group has respond as required by the Notice Protocol established Order with Respect to Giving Notice of Turnover Proceeding (Dkt. No. 120) by filing with the Court written objections asserting any interest it may have had in the blocked assets of El Nilein Industrial Development Bank sought by the Petitioners.

I declare under penalty of perjury that the above declaration is true and correct.

Executed August 26, 2016

                                           /s/ Roarke Maxwell
                                           ROARKE MAXWELL, ESQ.