USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-7-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

                Plaintiffs,                13-cv-3127 (PKC)

  -against-                              ORDER

REPUBLIC OF SUDAN,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Paragraph 4 of the Stipulation of Order and Judgment Concerning Turnover of Blocked Property Held By Respondent/Garnishee Standard Chartered Bank (Dkt. 464) is modified to extend the time for the U.S. Marshal to deliver funds received from Standard Chartered Bank to Petitioners' counsel of record from 10 days to 45 days. Petitioners' counsel of record shall notify the U.S. Marshal of payment instructions forthwith.

        SO ORDERED.

                                                        P/ Kevin Castel
                                                    United States District Judge

Dated: New York, New York
        October 7, 2016