UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

                Plaintiffs,            13-cv-3127 (PKC)

    -against-

                                                ORDER

REPUBLIC OF SUDAN, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within 21 days of this Order, counsel for plaintiffs and counsel for the Central Bank of Sudan shall meet and confer on next steps in view of the Second Circuit's Order of February 14, 2020 and shall submit their respective positions.

        SO ORDERED.

                                                          P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
          July 22, 2020