UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, ET AL.,

                        Plaintiff,                        13-cv-3127 (PKC)

    -against-

                                                      ORDER

REPUBLIC OF SUDAN,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Central Bank of Sudan shall move on notice to BNY Mellon for the return of the withheld funds. Motion due within 21 days. Response due within 14 days of filing of the motion. Any reply due 7 days after response.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
         August 13, 2020