UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RICK HARRISON, et al.,

                       Plaintiffs,

   -against-

REPUBLIC OF SUDAN,

                       Defendant.
-----------------------------------------------------------x

13-cv-3127 (PKC)

ORDER

CASTEL, U.S.D.J.

        On April 9, 2024, the Court directed the plaintiff to show cause in writing by April 19, 2024 why this action ought not be dismissed for failure to prosecute. (ECF 574.) In that Order, the Court stated that failure to do so would result in dismissal of this action for failure to prosecute. The plaintiff has not responded to the April 9, 2024 Order. The Court thus dismisses the case for failure to prosecute. The Clerk of Court is respectfully requested to close the case.

        SO ORDERED.

                                              P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
        April 24, 2024